IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MELISSA NICOLE HAMMOND,

Defendant.

**4:11CR3095**

**ORDER**

IT IS ORDERED:

1)      The defendant's unopposed motion to modify conditions of release, (Filing No. 69) is granted.

2)      The Court's prior order, (Filing No. 66) is modified as follows:  Upon defendant's anticipated graduation from treatment at St. Monica's on October 27, 2015, the defendant is permitted to be with her father in North Platte on October 28, 2015, and then check into The Unity House in Hastings, NE, on October 29, 2015.

3)      The defendant shall comply with all other terms and conditions of her supervised release which were imposed at sentencing.

October 22, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge