IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3095 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MELISSA NICOLE HAMMOND, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the agreement of the parties,

IT IS ORDERED that the defendant's Violation of Supervised Release Hearing is rescheduled to 10/24/2018 at 12:00 PM, in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE, before Senior Judge Richard G. Kopf. The defendant shall be present for the hearing.

DATED this 23rd day of July, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge