# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:11CR3095 |
| v. | ) | |
| MELISSA NICOLE HAMMOND, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) Plaintiff's Motion to Dismiss Petition for Revocation (filing no. 93) is granted.

(2) The Petition for Offender Under Supervision (filing no. 77) is dismissed without prejudice.

(3) The Defendant's Violation of Supervised Release Hearing set on October 24, 2018, is canceled.

DATED this 23rd day of October, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge